IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
CIF Licensing, L.L.C., GE Technology
Development, Inc., LG Electronics, Inc.,
Mitsubishi Electric Corp., Samsung Electronics
Co., Ltd., Thomson Licensing, The Trustees of
Columbia University in the City of New York,
U.S. Philips Corp., Koninklijke Philips
Electronics, N.V., and Victor Company of Japan,
Ltd.,

                Plaintiffs,

  v.

Lenovo Group Limited, Lenovo (United States)
Inc.,

                Defendants.
------------------------------- x

Case No. 09-CV-1849 (SCR) (GAY)

[~~PROPOSED~~] STIPULATED
ORDER FOR STAY

WHEREAS, the Parties seek entry of an Order staying these proceedings for ninety (90) days in order to focus their efforts on settlement discussion in the hopes of bringing an early resolution to this matter;

NOW THEREFORE, the Parties, by and through their respective attorneys, STIPULATE and AGREE as follows:

1. These proceedings are hereby stayed for ninety (90) days through and including November 30, 2009.

**IT IS SO STIPULATED.**

/s/ Emma Gilmore
Garrard R. Beeney
Emma Gilmore
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Phone: (212) 558-4000

/s/ John J. Lauter
John J. Lauter, Jr.
Lynn M. Marvin
Jones Day
222 East 41st Street
New York, New York 10017
Phone: (212) 326-3939

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Facsimile: (212) 558-3588

*Attorneys for Plaintiffs*
CIF Licensing, L.L.C.,
GE Technology Development, Inc.,
LG Electronics, Inc.,
Mitsubishi Electric Corp.,
Samsung Electronics Co., Ltd.,
Thomson Licensing,
The Trustees of Columbia University
in the City of New York,
U.S. Philips Corp.,
Koninklijke Philips Electronics, N.V., and
Victor Company of Japan, Ltd.

Fax: (212) 755-7306

*Attorney for Defendants*
Lenovo Group Limited and
Lenovo (United States) Inc.

**IT IS SO ORDERED.**
September
Dated this 2 day of ___, 2009

*Stephen C. Robinson*

---
Honorable Stephen C. Robinson
United States District Judge